1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   CATHERINE A. CONWAY (SBN 98366)
2  SCOTT J. WITLIN (SBN 137413)
   AANAND MEHTANI (SBN 254556)
3  cconway@akingump.com
   switlin@akingump.com
4  amehtani@akingump.com
   2029 Century Park East, Suite 2400
5  Los Angeles, California 90067-3012
   Telephone:  310-229-1000
6  Facsimile:   310-229-1001

7  Attorneys for Defendant Aaron Brothers, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSE TIJERO, et al. | Case No. 4:10-cv-01089-SBA |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| AARON BROTHERS, INC, et al. | |
| Defendants. | Date of Removal:   March 15, 2010 |

**STIPULATION**

Pursuant to Local Rule 7-12, Plaintiffs Jose Tijero and Amanda Godfrey (collectively, "Plaintiffs") and Defendant Aaron Brothers, Inc. ("Defendant") enter this Stipulation to continue the initial Case Management Conference.

WHEREAS, Plaintiffs filed a Second Amended Complaint on December 1, 2010;

WHEREAS, Defendant filed a motion to dismiss certain causes of action alleged in the Second Amended complaint on December 20, 2010, which was noticed for January 25, 2011.

WHEREAS, on its own motion, the Court continued the hearing date on Defendant's motion to dismiss to March 28, 2011;

WHEREAS, the initial case management conference is set for January 13, 2011 at 3:15 p.m.

WHEREAS, Defendant has not answered the any complaint that has been filed in this action;

WHEREAS, the Parties have not yet engaged in any discovery; and

WHEREAS, the Parties wish to avoid the unnecessary expense of preparing for the initial case management conference while the Defendant's motion to dismiss is pending;

///
///
///

Therefore, the Parties HEREBY AGREE TO AND STIPULATE, by and through their respective attorneys of record, subject to the Court's permission, that the initial Case Management Conference be continued from January 13, 2011 to April 28, 2011 at 3:15 p.m., or such other date thereafter as the Court may so desire.

IT IS SO STIPULATED.

Dated:  January ___, 2011             BADAME & ASSOCIATES, APC


                                      By:_____

                                      Kristopher P. Badame
                                      Attorneys for Plaintiffs Jose Tijero and
                                      Amanda Godfrey


Dated:  January ___, 2011             AKIN GUMP STRAUSS HAUER
                                      & FELD LLP


                                      By:_____

                                      Scott J. Witlin
                                      Attorneys for Defendant Aaron Brothers,
                                      Inc.

# [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation of the Parties, and good cause appearing for the relief requested by the Stipulation, HEREBY ORDERS THAT:

The initial Case Management Conference is continued from January 13, 2011 to **April 28, 2011 at 3:45 p.m.**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges in the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 10, 2011            By: _/s/ Saundra B. Armstrong_
                                        Saundra B. Armstrong
                                        United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On January 6, 2011, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 6, 2011 at Los Angeles, California.

Lorachristine Ramsey
Print Name                                     Signature

Case No. 4:10 –cv-01089-SBA

PROOF OF SERVICE