1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   CATHERINE A. CONWAY (SBN 98366)
2  GARY M. MCLAUGHLIN (SBN 217832)
   AANAND MEHTANI (SBN 254556)
3  cconway@akingump.com
   gmclaughlin@akingump.com
4  amehtani@akingump.com
   2029 Century Park East, Suite 2400
5  Los Angeles, California 90067-3012
   Telephone:  310-229-1000
6  Facsimile:   310-229-1001

7  Attorneys for Defendant Aaron Brothers, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  JOSE TIJERO, et al.                    Case No. 4:10-cv-01089-SBA

12              Plaintiffs,
                                           **STIPULATION AND ORDER TO**
13       vs.                               **CONTINUE THE INITIAL CASE**
                                           **MANAGEMENT CONFERENCE**
14  AARON BROTHERS, INC, et al.

15              Defendants.                Date of Removal:   March 15, 2010

## **STIPULATION**

Pursuant to Local Rule 7-12, Plaintiffs Jose Tijero and Amanda Godfrey (collectively, "Plaintiffs") and Defendant Aaron Brothers, Inc. ("Defendant") enter this Stipulation to continue the initial Case Management Conference.

WHEREAS, Plaintiffs filed a Second Amended Complaint on December 1, 2010;

WHEREAS, Defendant filed a motion pursuant to Rule 12(b)(6) to dismiss certain causes of action alleged in the Second Amended complaint on December 20, 2010;

WHEREAS, on its own motion, the Court continued the hearing date on Defendant's motion to dismiss to March 29, 2011;

WHEREAS, on its own motion, the Court subsequently took the hearing date on Defendant's motion to dismiss off calendar;

WHEREAS, on April 1, 2011, the Court issued an order (1) granting Defendant's motion to dismiss with leave to amend, and (2) providing Plaintiffs with 21 days to file a Third Amended Complaint;

WHEREAS, the initial Case Management Conference is currently set for April 28, 2011 at 3:15 p.m.;

WHEREAS, Defendant has not yet answered any complaint that has been filed in this action;

WHEREAS, the Parties have not yet engaged in any discovery; and

WHEREAS, the Parties believe it would be premature to hold the initial Case Management Conference as scheduled, in light of the Court's order regarding Defendant's motion to dismiss and Plaintiffs' anticipated filing of a Third Amended Complaint, and wish to avoid the unnecessary expense of preparing for the initial case management conference while the operative complaint has not yet been filed;

///

///

1       Therefore, the Parties HEREBY AGREE TO AND STIPULATE, by and
2  through their respective attorneys of record, subject to the Court's permission, that
3  the initial Case Management Conference be continued from April 28, 2011 to May
4  23, 2011 at 3:15 p.m., or such other date thereafter as the Court may so desire.
5  IT IS SO STIPULATED.

7  Dated: April ___, 2011              BADAME & ASSOCIATES, APC

9                                      By:_____
                                       Michele E. Pillette
10                                     Kristopher P. Badame
11                                     Attorneys for Plaintiffs Jose Tijero and
                                       Amanda Godfrey

14 Dated: April ___, 2011              AKIN GUMP STRAUSS HAUER
                                       & FELD LLP

16                                     By:_____
17                                     Gary M. McLaughlin
                                       Attorneys for Defendant Aaron Brothers,
18                                     Inc.

1 **] ORDER**

2 The Court, having reviewed the Stipulation of the Parties, and good cause
3 appearing for the relief requested by the Stipulation, HEREBY ORDERS THAT:
4 The initial Case Management Conference is continued from January 13, 2011
5 to **July 7, 2011 at 3:15 p.m.**  The parties shall meet and confer prior to the
6 conference and shall prepare a joint Case Management Conference Statement which
7 shall be filed no later than ten (10) days prior to the Case Management Conference
8 that complies with the Standing Order for All Judges in the Northern District of
9 California and the Standing Order of this Court.  Plaintiffs shall be responsible for
10 filing the statement as well as for arranging the conference call.  All parties shall be
11 on the line and shall call (510) 637-3559 at the above indicated date and time.

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated:  April 8, 2011        By: _____
16                                    Saundra B. Armstrong
17                                    United States District Judge

3   Case No. 4:10 –cv-01089-SBA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On April 8, 2011, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2011 at Los Angeles, California.

Carmen M. Ayala
Print Name                                                  Signature

Case No. 4:10 –cv-01089-SBA
PROOF OF SERVICE