Kristopher P. Badame, Esq. SBN: 210349
Michele E. Pillette, Esq., SBN: 262031
**BADAME & ASSOCIATES, APC**
25432 Trabuco Road, Suite 207
Lake Forest, CA  92630
(949) 770-2867
(866) 230-3044 – FAX
kbadame@badameandassociates.com

Daniel L. Feder, Esq., SB #130867
Arthur Kim, Esq., SB #212700
**THE LAW OFFICES OF DANIEL L. FEDER**
332 Pine Street, Suite 700
San Francisco, CA 94104
Phone: (415) 391-9476
Fax:    (415) 391-9432
danfeder@pacbell.net

Attorneys for PLAINTIFFS, and all those similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TIJERO, AMANDA GODFREY, individually, and on behalf of all those similarly situated, | Case No.: 4:10-cv-01089-SBA_____ |
| | Judge:  Hon. Sandra B. Armstrong |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFFS' CLASS CERTIFCATION MOTION** |
| vs. | |
| AARON BROTHERS, INC, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## **STIPULATION**

Pursuant to Local Rule 7-12, Plaintiff's JOSE TIJERO, AMANDA

GODFREY, individually (hereinafter "Plaintiffs"), and on behalf of all those

---

1

similarly situated, and Defendant AARON BROTHERS, INC, (hereinafter "Defendant") through their undersigned counsel of record agree to enter into this stipulation to consent to continuing the Class Certification Motion date;

WHEREAS, Plaintiffs filed a Fourth Amended Complaint on May 12, 2011;

WHEREAS, Defendant filed an Answer to Plaintiffs' Fourth Amended Complaint on May 31, 2011;

WHEREAS, a telephonic Case Management Conference was held on July 6, 2011;

WHEREAS, a telephonic Further Case Management Conference was held on July 14, 2011, and it was so ordered by this Honorable Court that the hearing for the Plaintiffs' Class Certification Motion would be held on March 13, 2012 at 1:00 p.m. As such, the Moving Papers are due by January 10, 2012, the Opposition is due by February 7, 12, and the Reply is due February 21, 2012;

WHEREAS, the Civil Case Management Conference Minutes dated July 14, 2011, ratify that this Honorable Court ordered the hearing on Plaintiffs' Class Certification Motion be held on March 13, 2012 at 1:00 p.m. with the Moving Papers due by January 10, 2012, the Opposition due by February 7, 2012, and the Reply due February 21, 2012;

WHEREAS, Plaintiffs drafted a Belaire-West Notice on August 11, 2011 to mail to the over 9,000 potential members of the class and provided it to Defendant for review.

WHEREAS, on August 18, 2011 Defendant made changes to the draft of the Belaire-West Notice and provided it to Plaintiff for review.

WHEREAS, on August 25, 2011 Defendant expressed concerns to Plaintiffs that to mail the Belaire-West Notice to approximately 9,000 potential class members would be unnecessary and overly burdensome.

WHEREAS, Plaintiffs and Defendant engaged in numerous discussions

regarding the size of the mailing of the Belaire-West Notice including to a sampling of the list.

WHEREAS, Plaintiff Jose Tijero's sworn testimony was taken by Defendant on September 8, 2011.

WHEREAS, Plaintiff Amanda Godfrey's sworn testimony was taken by Defendant on October 6, 2011

WHEREAS, on October 11, 2011 Defendant sent Plaintiffs a correspondence stating that based on the Plaintiffs' sworn testimony, it will be filing a motion to deny class certification and/or motion for summary judgment and that it did not think it was appropriate to move forward with the Belaire-West Notice and production of class member contact information until the motions are decided by this Honorable Court.

WHEREAS, Plaintiffs contend that they are entitled to mail the Belaire-West Notice prior to the ruling of any motions.

WHEREAS, the Plaintiffs and Defendant have agreed to a random sampling, determined by the administrator, of 3,000 potential class members, to be sent the Belaire-West Notice, if and when the mailing of the Belaire-West Notice and production of class member contact information is ordered (without prejudice to Defendant's objection that the Belaire-West Notice and production of class member contact information should not proceed prior to its motions for summary judgment and motion to deny class certification are decided).

WHEREAS, pursuant to the rules of the assigned Magistrate Judge, the Plaintiffs and Defendant will file a joint letter to resolve their discovery issue pertaining to the timing of mailing a Belaire-West Notice.

Therefore, the Parties HEREBY AGREE TO AND STIPULATE, by and through their respective attorneys of record, to a continuance for this Honorable Court to hear the Plaintiffs' Class Certification Motion to May 15, 2012 or as soon

thereafter as the Court can accommodate, and that Plaintiffs' moving papers will be due on March 13, 2012, Defendant's opposition papers due on April 10, 2012, and Plaintiffs' reply due on April 24, 2012.


DATED: December __13__, 2011                BADAME AND ASSOCIATES, APC

                                            By:  */S/ Michele E. Pillette*
                                            Kristopher P. Badame
                                            Michele E. Pillette
                                            Attorneys for Plaintiffs JOSE TIJERO,
                                            AMANDA GODFREY, individually, and on
                                            behalf of all those similarly situated




DATED: December __13__, 2011                AKIN GUMP STRAUSS HAUER & FELD LLP


                                            By: */S/ Gary M. McLaughlin*
                                            Gary M. McLaughlin
                                            Attorneys for Defendant Aaron Brothers, Inc.

STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING ON PLAINTIFFS' CLASS CERTIFICATION MOTION

## __ORDER__

This Honorable Court, having reviewed the Stipulation of the Parties, and good cause appearing for the relief requested in the Stipulation, HEREBY ORDERS THAT:

1.     The hearing for the Plaintiffs' Class Certification Motion will be continued to May 15, 2012 at 1:00 p.m. or to a date thereafter convenient with this Honorable Court, and the moving papers, opposition papers, and reply papers will due on March 13, 2012, April 10, 2012, and April 24, 2012, respectively.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 15, 2011

By: _Saundra B Armstrong_____
Hon. Saundra B. Armstrong
United States District Judge