UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE TIJERO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AARON BROTHERS, INC, et al., <br><br> Defendants. | Case No: C 10-01089 SBA <br><br> **ORDER CONTINUING CLASS CERTIFICATION HEARING** <br><br> Docket 80. |

    IT IS HEREBY ORDERED THAT the hearing for Plaintiffs' Class Certification Motion currently scheduled for May 15, 2012 is CONTINUED to **June 26, 2012 at 1:00 p.m.** The moving papers shall be filed no later than May 8, 2012, the opposition papers no later than May 29, 2012, and the reply papers no later than June 5, 2012.

    IT IS SO ORDERED.

Dated: 3/6/12

                                              *Saundra B Armstrong*
                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge