UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE TIJERO, et al., | Case No: C 10-01089 SBA |
| Plaintiffs, | **ORDER** |
| vs. | Docket 80. |
| AARON BROTHERS, INC, et al., | |
| Defendants. | |

The Court having been notified that the parties have entered into a class-wide settlement of this action, IT IS HEREBY ORDERED THAT the Clerk shall terminate all pending matters. The parties shall file a joint statement regarding the status of the filing of a motion for preliminary approval of the proposed settlement by no later than fourteen (14) days from the date this Order is filed.

IT IS SO ORDERED.

Dated: 6/19/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

1