UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE TIJERO, et al., | Case No: C 10-01089 SBA |
| Plaintiffs, | **ORDER** |
| vs. | |
| AARON BROTHERS, INC, et al., | |
| Defendants. | |

In light of the settlement of this action, IT IS HEREBY ORDERED THAT the trial scheduled to commence on October 1, 2012 is VACATED.

IT IS SO ORDERED.

Dated: 9/25/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge