UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE TIJERO, AMANDA GODFREY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AARON BROTHERS, INC.,<br><br>Defendant. | CASE NO. C 10-1089 SBA<br><br>**ORDER: (1) APPROVING INCENTIVE PAYMENTS TO NAMED PLAINTIFFS, (2) APPROVING CLASS COUNSELS' REQUEST FOR ATTORNEYS FEES, (3) APPROVING CLASS COUNSELS' REQUEST FOR REIMBURSEMENT OF LITIGATION COSTS**<br><br>Date:  May 27, 2014<br>Time:  1:00 p.m.<br>Judge:  Hon. Saundra Brown Armstrong |

The above-referenced Motion for Approval of Incentive Payment Awards to named Plaintiffs Jose Tijero and Amanda Godfrey; Request for Approval of Attorneys Fees; and Request for Reimbursement of Litigation Costs having come before this Court on May 27, 2014, for a hearing, and due and adequate notice having been given to all Class Members as required in the Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      The Court hereby confirms Badame & Associates, APC and the Law Offices of Daniel

L. Feder, as Class Counsel in the Action.

2. Pursuant to the terms of the Settlement, and the authorities, evidence and argument submitted by Class Counsel, as well as the submitted Declarations of Class Representatives Jose Tijero and Amanda Godfrey, the Court hereby approves and orders Service Payments to Class Representatives in the following amounts: Jose Tijero: $5,000.00 and Amanda Godfrey: $5,000.00.

3. Pursuant to the terms of the Settlement, and the authorities, evidence and argument submitted by Class Counsel, the Court hereby awards Class Counsel attorneys' fees in the amount of $266,666.66 as final payment for and complete satisfaction of any and all attorneys' fees incurred by and/or owed to Class Counsel and any other person or entity related to the Action. The Court further orders that the award of attorneys' fees set forth in this Paragraph shall be administered pursuant to the terms of the Stipulation, and transferred and/or made payable equally to Badame & Associates, APC and the Law Offices of Daniel L. Feder as Class Counsel in the Action.

4. Pursuant to the terms of the Settlement, and the authorities, evidence and argument submitted by Class Counsel, the Court hereby awards Class Counsel reimbursement of litigation costs in the amount of $29,356.19 as follows: Reimbursement to Badame & Associates, APC in the amount of $14,871.71 and the Law Offices of Daniel L. Feder, LLP in the amount of $14,484.48, as final payment for and complete satisfaction of any and all litigation costs incurred by and/or owed to Class Counsel and any other person or entity related to the Action. The Court further orders that the reimbursement of litigation costs set forth in this Paragraph shall be administered pursuant to the terms of the Stipulation, and transferred and/or made payable to Badame & Associates, APC and the Law Offices of Daniel L. Feder as Class Counsel in the Action, as noted above.

**IT IS SO ORDERED.**

Dated: _____May 28_, 2014

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge